IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIE JOE WALLS, #94410**                                                                      **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 1:08-cv-1483-LG-RHW**

**STATE OF MISSISSIPPI, CONO CARANNA,**
**and LISA DODSON**                                                               **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference, it is hereby,

**ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed with prejudice as malicious and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). Therefore, this dismissal will count as a "strike" under 28 U.S.C. § 1915(g). To the extent the Plaintiff has asserted any habeas corpus claims, they are dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of February, 2009.

                                                                     s/ *Louis Guirola, Jr.*
                                                                     LOUIS GUIROLA, JR.
                                                                     UNITED STATES DISTRICT JUDGE